**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

**RICHARD GREENLEE,**

**Plaintiff,**

**CIVIL ACTION**

**v.**

**No.  10-2525-JTM-DJW**

**CHARLES SAMONE
McDERRMONT, et al.,**

**Defendants.**

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Motion for Order to Enter Tapes as Evidence (ECF No. 5).  Plaintiff's motion states: "Motion to enter tapes as evidence to these occurrences to the case filed in the KC, KS District Court of Kansas submissable [sic] evidence to the case at hand." [1] For the reasons set forth below, this motion is denied.

Plaintiff's motion fails to comply with Federal Rule of Civil Procedure 7(b)(1), which requires motions to "state with particularity the grounds for seeking the order."  Plaintiff's motion also fails to comply with D. Kan. Rule 7.6.  That rule requires moving parties to provide a concise statement of the facts and provide argument and authorities that support their motions.  Plaintiff fails to provide any relevant factual information, argument, or legal authorities that would permit the Court to fully analyze the issues and to determine for what purpose, if any, the tapes should be entered into evidence.

The Court is mindful that Plaintiff is proceeding *pro se.*  This Court typically makes reasonable allowances to protect *pro se* litigants from the inadvertent forfeiture of important rights

---

[1]Pl.'s Mot. for Order to Enter Tapes as Evidence (ECF No. 5) at 1.

because of their lack of legal training. *Pro se* litigants, however, are not exempt from compliance with the applicable procedural rules and substantive law. In this particular circumstance, the Court is without sufficient information—both factual and legal—to determine for what purpose, if any, the tapes should be entered as evidence, as Plaintiff requests in his motion. The motion is therefore denied.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Order to Enter Tapes as Evidence (ECF No. 5) is denied.

**IT IS SO ORDERED.**

Dated in Kansas City, Kansas on this 30th day of September 2010.

s/ David J. Waxse
David J. Waxse
U.S. Magistrate Judge

cc:     All counsel and *pro se* parties